

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2018

No. 04-17-00491-CR

Joel **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8804
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Irene Rios, Justice

Appellant has filed a pro se letter requesting a copy of his trial transcripts for purposes of filing a post-conviction writ of habeas corpus. This court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. art. 11.07; *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07. In order to obtain a free copy of the record, appellant would need to file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.). Appellant's request is DENIED without prejudice to seeking relief in the proper court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2018.



_____
Keith E. Hottle
Clerk of Court